FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 23 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**RAYSHAWN BOYCE**<br>**and MARQUAE KIRKENDOLL,** )<br><br>Defendants. ) | CRIMINAL NO. 22-361 KWR<br><br>Count 1: 18 U.S.C. § 2114(a): Robbery of a Postal Employee; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 2: 18 U.S.C. § 1704: Theft and Receipt of Stolen and Reproduced Keys and Locks; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 3: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 4: 18 U.S.C. § 924(o): Conspiracy<br><br>Count 5: 18 U.S.C. §§ 922(g)(9) and 924: Prohibited Person in Possession of a Firearm. |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 18, 2022, in Bernalillo County, in the District of New Mexico, the defendants, **RAYSHAWN BOYCE** and **MARQUAE KIRKENDOLL**, robbed and attempted to rob John Doe, a person having lawful charge, control, and custody of any mail matter and other property of the United States, and, in doing so, put John Doe's life in jeopardy by use of a dangerous weapon, that is, a firearm.

In violation of 18 U.S.C. §§ 2114(a) and 2.

## Count 2

On or about January 18, 2022, in Bernalillo County, in the District of New Mexico, the defendants, **RAYSHAWN BOYCE** and **MARQUAE KIRKENDOLL**, stole and purloined from John Doe, a postal carrier, a key suited to locks adopted by the Postal Service and in use on mails and bags thereof and any lock box, lock drawer, and other authorized receptacle for the deposit of mail matter.

In violation of 18 U.S.C. §§ 1704 and 2.

## Count 3

On or about January 18, 2022, in Bernalillo County, in the District of New Mexico, the defendants, **RAYSHAWN BOYCE** and **MARQUAE KIRKENDOLL**, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, robbery of a postal employee as charged in Count 1 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## Count 4

Beginning in or around January 2022 and continuing through in or around February, 2022, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **RAYSHAWN BOYCE** and **MARQUAE KIRKENDOLL,** unlawfully, knowingly and intentionally combined, conspired, confederated, agreed and acted interdependently with each other to commit Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime

of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

In violation of 18 U.S.C. § 924(o)

### Count 5

On or about January 18, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **RAYSHAWN BOYCE**, knowing that he had been previously convicted of a misdemeanor crime of domestic violence, specifically, battery on a household member, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(9) and 924.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) and 924(c), the defendants, **RAYSHAWN BOYCE** and **MARQUAE KIRKENDOLL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Taurus revolver, serial number LF629041;

b. a Waffenfabrik Walther Zella-Mahlia pistol, 7.65mm, 32 caliber, model PPK, serial number 1004271; and

c. a Ruger-57 pistol, 5.7 x 28 caliber, serial number 641-40690.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney