UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Magistrate Case No. <u>22-5301-MAS</u>        At <u>Lexington</u>        Date <u>August 26, 2022</u>

<u>USA vs Marquae Kirkendoll</u>        <u>x</u> present   <u>x</u>  custody   ____ bond   ____ OR   Age ____

PRESENT:        HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | Ron L. Walker, Jr. |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant        <u>Adele Burt Brown</u>        <u>X</u>  present   ____ retained   <u>X</u>  appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is audio file
KYED-LEX__5-22-mj-5301-MAS_20220826_131421

PROCEEDINGS:  **INITIAL APPEARANCE/REMOVAL HEARING**

Parties appeared for initial appearance/removal hearing on an Indictment warrant filed in Case No. 22-cr-361-KWR, United States District Court, District of New Mexico, pursuant to Rule 5.1. The Court advised Defendant of his constitutional rights, including his right to counsel. Financial Affidavit executed and filed. United States requests detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(A), (B), and (E). The Defendant concedes the arrest warrant was properly issued and he is the person identified in the arrest warrant. Defendant requested a detention hearing

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

After hearing statements of counsel, and being otherwise sufficiently advised, the Court **HEREBY ORDERS AS FOLLOWS**:

1.  Adele Burt Brown is appointed as under the Criminal Justice Act.

2.  This matter is assigned for a **DETENTION HEARING** on <u>September 1, 2022, at 10:30 a.m.</u> in Lexington before Magistrate Judge Matthew A. Stinnett.

3.  Defendant shall remain in the custody of the United States Marshals Service pending further proceedings.

Copies:  COR, USP, USM, D        Initials of Deputy Clerk: <u>slh</u>        TIC: /11

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY